UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

USA STAFFING SOLUTIONS,

       Plaintiff,       24-CV-08366 (DEH)(SN)

  -against-            **ORDER**

GE GRID SOLUTIONS,

       Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

  On November 1, 2024, Plaintiff filed a complaint against GE Grid Solutions. As of November 8, 2024, Plaintiff has not requested issuance of electronic summons and Defendant has not appeared. By November 12, 2024, Plaintiff is directed to file a request for issuance of electronic summons as to Defendant.

**SO ORDERED.**

                     _____
                     SARAH NETBURN
                     United States Magistrate Judge

DATED:  New York, New York
       November 8, 2024