UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

USA STAFFING SOLUTIONS,

                    Plaintiff,

     -against-

GE GRID SOLUTIONS LLC,

                    Defendant.

------------------------------------------------------------X

24-CV-08366 (DEH)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      The parties appeared for an Initial Pretrial Conference on February 4, 2025. The pending motions to dismiss is DENIED without prejudice. ECF No. 12. Because the Court will not consider the motion, the pending motion to seal is GRANTED. ECF No. 13. By March 17, 2025, the parties are directed to file a letter proposing a reasonable deadline for Plaintiff to file an amended complaint or a reasonable briefing schedule for any motion to dismiss.

**SO ORDERED.**

                                                 SARAH NETBURN
                                                 United States Magistrate Judge

DATED:     February 4, 2025
               New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/4/2025