```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

USA STAFFING SOLUTIONS,

                    Plaintiff,

    -against-

GE GRID SOLUTIONS LLC,

                    Defendant.

------------------------------------------------------------X

24-CV-08366 (DEH)(SN)

**SETTLEMENT CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The settlement conference scheduled for Tuesday, March 11, 2025, at 10:00 a.m. will be held telephonically. The Court will provide dial-in information in advance of the conference. Should the parties resolve the litigation before the conference date, they must notify the Court no later than 12:00 p.m. on Monday, March 10, 2025.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 5, 2025
              New York, New York